UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Carlos Herrera, et al.

*Plaintiff*

v.

Burger King Corporation

*Defendant*

Civil Action No. 2:23-cv-4284

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Burger King Company LLC (improperly named as Burger King Corporation) is a non-governmental corporation and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Burger King Company LLC is a wholly-owned subsidiary of Burger King Investments, Inc. Restaurant Brands International Limited Partnership indirectly owns more than a 10% interest in Burger King Company, LLC, as defined by 28 U.S.C. § 455(d)(4). Restaurant Brands International Inc., which is a publicly held company and the general partner of Restaurant Brands International Limited Partnership, also indirectly owns more than a 10% interest in Burger King Company LLC.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ Michael J. Barrie*
Signature of Attorney

1155 Avenue of the Americas, 26th floor
Address

New York, NY 10036
City/State/Zip

8/9/2023
Date

DNJ-CMECF-005 (12/1/2022)